

# Fourth Court of Appeals

## San Antonio, Texas

November 21, 2014

No. 04-14-00769-CV

**IN THE INTEREST OF G.C.D.,** a child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00697
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On October 31, 2014, the trial court signed an order terminating Appellant's rights to her child G.C.D. On November 4, 2014, Appellant filed a notice of accelerated appeal. *See* TEX. R. APP. P. 26.1(b). The reporter's record was due on November 14, 2014. *See id.* R. 35.1(b).

On November 19, 2014, court reporter David R. Zarate filed a notification of late reporter's record. He indicated that his work load had prevented him from timely filing the reporter's record in this appeal; he asked for an extension of time to file the record until December 4, 2014.

The children's "need for permanence is the paramount consideration for [their] present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West Supp. 2012)).

The reporter's motion for extension of time to file the reporter's record is GRANTED. **The reporter's record must be filed with this court by December 4, 2014.** *Cf.* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days). Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of this court is directed to deliver a copy of this order to the Honorable Charles Montemayor, Associate Judge of the 150th Judicial District Court. *See also* TEX. R. APP. P. 28.4 (b) (providing that in appeals from orders terminating parental rights, "**the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary.**" (emphasis added)).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

Keith E. Hottle
Clerk of Court

